1   CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
2   JEVECHIUS BERNARDONI (CABN 281892)
    Acting Chief, Civil Division
3   KAREN BEAUSEY (CABN 155258)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: 415-436-7200
6       Facsimile: 415-436-6748
        Karen.Beausey@usdoj.gov
7
    Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11

12  MIRLEY ADRIANA BAUTISTA PICO, *et al.*,)   Case No. 25-CV-8002-JST
                                          )
13          Petitioners,                  )
                                          )   **STIPULATION TO STAY CASE;**
14      v.                                )   **[PROPOSED] ORDER**
                                          )
15  SERGIO ALBARRAN, *et al.*,            )
                                          )
16          Respondents.                  )
                                          )
17  _____)

18

19

20

21

22

23

24

25

26

27

28

1    Subject to the Court's approval, Petitioners and Respondents, through their undersigned counsel

2 of record, hereby stipulate as follows:

3    1.    At midnight on September 30, 2025, the appropriations act that had been funding the

4 Department of Justice expired and appropriations to the Department lapsed.  The same is true for other

5 Executive Branch agencies, including U.S. Immigration and Customs Enforcement ("ICE").  The date

6 when funding will be restored by Congress has not been established.

7    2.    Respondents have conveyed the following to Petitioners:

8    a.    The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General,

9 provides that in the absence of appropriated funds no obligation can be incurred except for the protection

10 of life and property, the orderly suspension of operations, or as otherwise authorized by law.  Absent an

11 appropriation, Department of Justice attorneys (and employees of ICE) are prohibited from working,

12 even on a volunteer basis, "except for emergencies involving the safety of human life or the protection

13 of property." 31 U.S.C. § 1342.

14    b.    While undersigned counsel will not be furloughed, undersigned counsel is only

15 permitted to work on certain matters that fall within the statutory framework outlined above, and is not

16 permitted to work on the instant case during the lapse in appropriations.

17    c.    In addition, the work of employees from ICE is also necessary.  If the requested

18 stay is denied, the work needed from ICE may not be possible.

19    3.    The parties therefore request a stay of this matter until Congress has restored

20 appropriations to the Department of Justice and the government shutdown ends.  The parties further

21 request that all deadlines in this case be extended for a period of time commensurate with the duration of

22 the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the

23 lapse in appropriations.  The parties further request that the Temporary Restraining Order previously

24 entered in this matter be extended and remain in effect until three days following the conclusion of the

25 hearing on the Preliminary Injunction.

26    4.    If this stay is granted, counsel for the United States will promptly notify the Court as

27 soon as the government shutdown has ended and, if necessary given the circumstances of this case,

28 confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder

1    of litigation.

2          IT IS SO STIPULATED.

3    Dated:  October 1, 2025                    Respectfully submitted,

4                                               CRAIG H. MISSAKIAN
                                                United States Attorney
5
                                                */s/ Karen Beausey*
6                                               KAREN BEAUSEY
                                                Assistant United States Attorney
7                                               *Attorneys for Respondents*

8

9    Dated:  October 1, 2025                    Respectfully submitted,

10
                                                */s/ Talia Housman*
11                                              TALIA HOUSMAN
                                                The Justice and Diversity Center
12                                              *Attorneys for Petitioners*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                               [PROPOSED] ORDER

2              Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

3              1.      This case is hereby STAYED until after the shutdown of the federal government has

4      ended and appropriations to the Department of Justice have been restored;

5              2.      All deadlines in this case are extended for a period of time commensurate with the

6      duration of the lapse in appropriations;

7              3.      The Temporary Restraining Order previously entered in this matter is extended and shall

8      remain in effect until three days following the conclusion of the hearing on the Preliminary Injunction;

9      and

10             4.      The Government will promptly notify the Court as soon as the government shutdown has

11     ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit

12     within two weeks a joint proposed schedule for the remainder of litigation.

13

14             IT IS SO ORDERED.

15

16     DATED:  October 1, 2025

17                                                        _____
                                                          HON. JON S. TIGAR
18                                                        United States District Judge

19

20

21

22

23

24

25

26

27

28