1   CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
2
    JEVECHIUS D. BERNARDONI (CABN 281892
3   Deputy Chief, Civil Division

4   KAREN BEAUSEY (CABN 155258)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6598
7       Facsimile:  (415) 436-7234
        Karen.Beausey@usdoj.gov
8
    Attorneys for Respondents
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13   MIRLEY ADRIANA BAUTISTA PICO, *et al.*,       CASE NO. 25-CV-8002-JST

14          Petitioners,                           **STIPULATION AND [PROPOSED] ORDER TO
                                                   LIFT STAY AND SUBMIT MOTION ON THE
15      v.                                         PAPERS**

16   SERGIO ALBARRAN, *et al.*,

17          Respondents,

18

19
20          Subject to the Court's approval, Petitioners and Respondents, through their undersigned counsel

21   of record, hereby stipulate as follows:

22          On October 1, 2025, the Court issued an order staying this matter until after the shutdown of the

23   federal government ended and appropriations to the Department of Justice restored.  ECF No. 12.  The

24   Court also continued all deadlines in the case for a period commensurate with the duration of the lapse

25   in appropriations, and ordered that the Temporary Restraining Order previously entered in this mater

26   remain in effect until three days following the conclusion of the hearing on the Preliminary Injunction.

27   *Id*.

28          On November 12, 2025, appropriations were restored and the shutdown ended.  Accordingly, the

basis for the stay has ended and the parties stipulate and agree that the stay should now be lifted.

In addition, Petitioners filed a joint habeas petition and moved *ex parte* for a TRO on September 19, 2025.  ECF No 1-3.  On the same day the Court granted the TRO and issued an order to show cause why a preliminary injunction should not issue (ECF No. 5).  Respondents filed a response to Petitioner's motion on September 26, 2025 (ECF No. 8), and Petitioners filed a reply on September 30, 2025 (ECF No. 9).  The motion for preliminary injunction is fully briefed.

The parties stipulate and agree that the motion can be submitted for decision by the Court without oral argument, and request that the Court not set a hearing and consider the matter submitted.

Dated:  November 21, 2025                    Respectfully submitted,

                                            CRAIG H. MISSAKIAN
                                            United States Attorney

                                            */s/ Karen Beausey*
                                            KAREN BEAUSEY
                                            Assistant United States Attorney
                                            *Attorneys for Respondents*

Dated:  November 21, 2025                    Respectfully submitted,

                                            */s/ Talia Housman*
                                            TALIA HOUSMAN. ESQ.
                                            The Justice and Diversity Center
                                            *Attorneys for Petitioners*

1

**[PROPOSED] ORDER**

2

      Pursuant to stipulation, the Court takes the parties' briefing on the order to show cause under

3

submission.  Written order to follow.  Given the parties' prior agreement to continue the temporary

4

restraining order pending a preliminary injunction hearing, ECF No. 12, and to allow sufficient time for

5

the Court to consider the parties' briefing, the Court finds good cause to extend the temporary

6

restraining order until December 9, 2025.

7

      IT IS SO ORDERED.

8

9

DATED:  November 25, 2025

10

_____
THE HONORABLE JON S. TIGAR

11

United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28