CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEVECHIUS D. BERNARDONI (CABN 281892
Deputy Chief, Civil Division

KAREN BEAUSEY (CABN 155258)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6598
    Facsimile:  (415) 436-7234
    Karen.Beausey@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIRLEY ADRIANA BAUTISTA PICO, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> SERGIO ALBARRAN, *et al.*, <br><br> Respondents, | CASE NO. 25-CV-8002-JST <br><br> **JOINT STATEMENT REGARDING CASE SCHEDULE AND [PROPOSED] ORDER** |

    1.    The Court's preliminary injunction order (ECF No. 15) instructed the parties to meet and confer with respect to a case schedule and file a joint statement by no later than December 10, 2025.

    2.    As ordered, the parties have met and conferred and jointly propose the following case schedule:

        Respondents' return:  February 27, 2026

        Petitioner's traverse:  March 31, 2026

//

//

| | |
|---|---|
| Dated: December 10, 2025 | Respectfully submitted, |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | */s/ Karen Beausey*<br>KAREN BEAUSEY<br>Assistant United States Attorney<br>*Attorneys for Respondents* |
| Dated: December 10, 2025 | Respectfully submitted, |
| | */s/ Talia Housman*<br>TALIA HOUSMAN. ESQ.<br>The Justice and Diversity Center<br>*Attorneys for Petitioners* |

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' proposed case schedule is hereby ADOPTED as the ORDER of the Court. Respondents shall file their return on or before February 27, 2026. Petitioners shall file their traverse on or before March 31, 2026.

IT IS SO ORDERED.

DATED: December 12, 2025

_____
THE HONORABLE JON S. TIGAR
United States District Judge