UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRLEY ADRIANA BAUTISTA PICO, et al., | Case No. 25-cv-08002-JST |
| Petitioners, | |
| v. | **ORDER TO SHOW CAUSE AS TO WHY THIS CASE SHOULD NOT BE STAYED** |
| MARKWAYNE MULLIN, et al., | |
| Respondents.[1] | |

A primary issue in this case is whether Petitioners, who were previously released under 8 U.S.C. § 1226(a), are subject to mandatory detention under 8 U.S.C. § 1225(b).  That question is currently under consideration by the Ninth Circuit in *Rodriguez Vasquez v. Bostock*, No. 25-6842 (9th Cir.), which heard oral argument on March 4, 2026.  Given the importance of the legal question and the fact that Petitioners are currently protected by a preliminary injunction, the Court is inclined to stay consideration of the petition until after *Rodriguez Vasquez* has been resolved. Indeed, the Ninth Circuit has already stayed—at Respondents' request and without opposition from Petitioners—Respondents' appeal of the preliminary injunction in this case pending resolution of *Rodriguez Vasquez*.  *Bautista Pico v. Noem*, No. 26-0459 (9th Cir.), ECF No. 4. Similarly, Respondents have requested "leave to provide additional briefing regarding the impact of any decision in *Rodriguez Vasquez* once it is issued."  ECF No. 21 at 10.

Any party objecting to the Court's waiting until resolution of *Rodriguez Vasquez* to rule on the petition in this case shall file their objections within 14 days of the date of this order.  If no

---

[1] Markwayne Mullin, Secretary of the Department of Homeland Security, is automatically substituted as a party as the successor to Kristi Noem.  Fed. R. Civ. P. 25(d).  The parties shall file a stipulation with other appropriate substitutions, if any.

objections are filed, the case will be stayed, and the parties shall file a joint status statement within seven days of the issuance of the mandate in *Rodriguez Vazquez*.

**IT IS SO ORDERED.**

Dated:  May 29, 2026



_____
JON S. TIGAR
United States District Judge